# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND,<br><br>                Plaintiffs,<br><br>   v.<br><br>AAFAC SERVICES, INC.,<br><br>                Defendant. | Case No.: 20 CV 4431<br><br>Judge: Feinerman |

## Notice of Dismissal

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) the Plaintiffs are hereby voluntarily dismissing this action without prejudice prior to the filing of an answer by the Defendants or a motion for summary judgment.

                                                      By: /s/ Michael J. McGuire
                                                          One of their Attorneys

Michael J. McGuire
ARDC #: 6290810
GREGORIO & MARCO, LTD.
2 N. LaSalle St, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
                    ) SS
COUNTY OF COOK )

      Sonya N. Bain, being first duly sworn on oath, deposes and says that she served the Notice of Dismissal by depositing in the U.S. mail at 2 N. LaSalle St., Chicago, IL 60602, a true and correct copy thereof in a sealed envelope addressed to the following person on the 16th day of November, 2020 .

      AAFAC Services, Inc.
      Ms. Kathleen Kostock, Registered Agent
      1628 Fowler Ave.
      Evanston, IL 60201

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.

                                                    By: /s/ Sonya Bain